IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY WESTPHALEN,<br><br>            Plaintiff,<br><br>vs.<br><br>JAVIER JIMENEZ,<br><br>            Defendant. | **4:19CV3107**<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on Defendant Javier Jimenez, and Defendant Javier Jimenez has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until March 11, 2020 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 10th day of February, 2020.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge