IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY WESTPHALEN,<br><br>    Plaintiff,<br><br>vs.<br><br>TCM FINANCIAL SERVICES, LLC,<br><br>    Defendant. | **4:19CV3107**<br><br>**SHOW CAUSE ORDER** |

Plaintiff has not filed a return of service indicating service on Defendant TCM Financial Services, LLC, and Defendant TCM Financial Services, LLC has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until July 6, 2020 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 15th day of June, 2020.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge