IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY WESTPHALEN,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TCM FINANCIAL SERVICES, LLC<br><br>　　　　　　　Defendant. | 4:19CV3107<br><br>**ORDER** |

An entry of default was entered in this case on June 15, 2020. The clerk's entry of default was mailed to Defaulted Defendant TCM Financial Services, LLC, and the mailing was not returned. Defaulted Defendant has not moved to set aside the entry of default.

Accordingly,

IT IS ORDERED:

1) Plaintiff is given until September 8, 2020, to move for either a default judgment or for dismissal.

2) The clerk shall mail a copy of this order to Defaulted Defendant at its address of record.

Dated this 18th day of August, 2020.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge