IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARY WESTPHALEN,<br><br>    Plaintiff,<br><br>vs.<br><br>TCM FINANCIAL SERVICES, LLC,<br><br>    Defendant. | **4:19CV3107**<br><br>**ORDER** |

Plaintiff obtained a default judgment against the Defendant in the amount of $15,497.00. (Filing No. 30). Plaintiff thereafter served post-judgment discovery on Defendant to collect the judgment. Defendant did not respond to the discovery. Plaintiff now moves for an order requiring Defendant to either pay the judgment or respond to the post-judgment discovery. (Filing No. 31). Defendant has not responded to the motion and the deadline for doing so has passed. The motion is deemed unopposed.

Accordingly,

IT IS ORDERED:

1) Plaintiff's motion, (Filing No. 31), is granted.

2) On or before January 29, 2021, Defendant shall either pay the judgment amount awarded to Plaintiff in full, or it shall fully answer and respond to Plaintiff's post-judgment discovery. The failure to do will result in an award of sanctions against Defendant.

3) The clerk shall mail a copy of this order to TCM Financial Services, LLC, 1267 Willis Street, Suite 200, Redding, CA 96001—0400.

January 15, 2021

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge